IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Charles E. Palmer and Vicki Palmer, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00178 |
| v. | : | Judge Watson |
| Tri State Energy Holdings, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Attorney Gregory J. Krock's request for permission to serve as trial counsel for defendant Wishguard, LLC without local counsel is DENIED.

 

s/ Mark R. Abel             
United States Magistrate Judge